UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**The Trustees of the LOCAL 309**
**ELECTRICAL HEALTH & WELFARE FUND;**
**et al,**
              **Plaintiffs,**
v.                                         Case 3:11-cv-0214-DRH-DGW

**LIGHTHOUSES CONTRACTING**
**SERVICES, LLC, et al,**
              **Defendants.**

## CONSENT JUDGMENT

This matter is before the Court on the parties' Joint Motion for Consent Judgment. The parties having entered into a Settlement Agreement and Stipulation for Entry of Judgment by Consent, which has been reviewed by the Court,

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that based upon the parties' agreement, the Court hereby issues a Consent Judgment in favor of Plaintiffs and against Defendants, jointly and severally, in the amount of $10,120.55 in reported but unpaid contributions for the months of August 2007 through March 2011; $5,309.05 in interest and liquidated damages; $4,325.50 in attorneys' fees; and $524.89 in costs for a total of $20,279.99.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the terms and conditions of the parties' Settlement Agreement and Release are incorporated into the Consent Judgment.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court retains jurisdiction over this matter to enforce the Consent Judgment.

/s/ David R. Herndon
Digitally signed by David R. Herndon
Date: 2011.06.29 11:43:08 -05'00'

Chief Judge
United States District Court

Dated this 29th day of June, 2011.